IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHASE HOME FINANCE, LLC | : | CIVIL ACTION |
| v. | : | |
| FRANCES SCARBOROUGH | : | NO. 12-4294 |
| | : | |
| FRANCES SCARBOROUGH,<br>Third Party Plaintiff | : | |
| v. | : | |
| CHASE HOME FINANCE, et al.<br>Third Party Defendants | : | |

O R D E R

AND NOW, this 26th day of October, 2012, upon consideration of plaintiff's pro se amended complaint (Document No. 3), it is ORDERED that:

1. The amended complaint is DISMISSED for the reasons discussed in the Court's Memorandum. Plaintiff will not be given leave to amend because the Court finds that further attempts at amendment would be futile.

2. This case shall be CLOSED.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.